# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1308
_____

KAITLYN N. WEST, Former Wife,

Appellant,

v.

LOUIS A. WEST, Former
Husband,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
R. Todd Harris, Judge.

March 6, 2026


PER CURIAM.

AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Hubert Edward Ellis Jr. of Ellis Law, PLLC, Pace, for Appellant.

Presley D. Lee of Cordell Law, LLP, Jacksonville, for Appellee.